■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER BEASLEY, Appellant. [806 NYS2d 16]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered September 2, 2003, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

Defendant made insufficient factual allegations to warrant a hearing on his motion to suppress evidence (*see People v Valentino*, 254 AD2d 185 [1998], *lv denied* 92 NY2d 1054 [1999]). Defendant did not allege facts establishing state action of any kind, or a reasonable expectation of privacy, and there were no disputed factual issues warranting a hearing. Moreover, defendant made no additional submissions despite the court's invitation to do so.

We perceive no basis for reducing the sentence. Concur— Mazzarelli, J.P., Marlow, Williams, Sweeny and Catterson, JJ.